# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-cr-224-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| vs. | )<br>) **ORDER** |
| TIMOTHY MASSEY, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 53).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: June 21, 2021

Max O. Cogburn Jr.
United States District Judge